JAJ:DSS
F.#2010R00127

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

DAMIEN BANNISTER,
    also known as "Slick,"
DARRELL BANNISTER,
    also known as "Black," "Mo"
    and "Rob,"
CHRISTOPHER HALL,
    also known as "C-Rock,"
CYRIL MCCRAY,
    also known as "Zero,"
ERIC MORRIS,
    also known as "Al,"
ROGER PATRICK,
    also known as "Pat,"
JAMES ROSS,
    also known as "LA," and "Slim,"
DERRICK TATUM
    also known as "D-Rock,"
INDIO TATUM,
    also known as "Ice,"
JAWARA TATUM,
    also known as "L-Rock," and
PEDRO TORRES,
    also known as "White Bread,"

            Defendants.

- - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§
841(b)(1)(A)(i),
841(b)(1)(A)(iii) and
846; T. 18, U.S.C., §§
924(c)(1)(A)(i), 2 and
3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Distribute Heroin and Cocaine Base)

In or about and between September 2007 and January 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DAMIEN

BANNISTER, also known as "Slick," DARRELL BANNISTER, also known as "Black," "Mo" and "Rob," CHRISTOPHER HALL, also known as "C-Rock," CYRIL MCCRAY, also known as "Zero," ERIC MORRIS, also known as "Al," ROGER PATRICK, also known as "Pat," JAMES ROSS, also known as "LA," and "Slim," DERRICK TATUM, also known as "D-Rock," INDIO TATUM, also known as "Ice," JAWARA TATUM, also known as "L-Rock," and PEDRO TORRES, also known as "White Bread," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved (a) one kilogram or more of a substance containing heroin, a Schedule I controlled substance, and (b) 50 grams or more of a substance containing cocaine base, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(i) and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Use of a Firearm)

In or about and between September 2007 and January 2010, both dates being approximate and inclusive, within the Eastern District of New York, the defendants DAMIEN BANNISTER, also known as "Slick," DARRELL BANNISTER, also known as "Black," "Mo" and "Rob," CHRISTOPHER HALL, also known as "C-Rock," CYRIL MCCRAY, also known as "Zero," ERIC MORRIS, also known as "Al,"

2

ROGER PATRICK, also known as "Pat," JAMES ROSS, also known as "LA," and "Slim," DERRICK TATUM, also known as "D-Rock," INDIO TATUM, also known as "Ice," JAWARA TATUM, also known as "L-Rock," and PEDRO TORRES, also known as "White Bread," did knowingly and intentionally use and carry a firearm during and in relation to a drug trafficking crime, to wit: the crime charged in Count One, and did knowingly and intentionally possess a firearm in furtherance of said drug trafficking crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON
William Wehne

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

3

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Damien Bannister, et al.**

2. Related Magistrate Docket Number(s):

    None ( )

3. Arrest Date:

4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):    N/A

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes   ( ) No

9. Have arrest warrants been ordered?   (X) Yes   ( ) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: *[signature]*

Daniel S. Silver
Assistant U.S. Attorney
718-254-6034

Rev. 3/22/01