

# FASULO, SHALLEY & DIMAGGIO L.L.P.
### ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO
* ADMITTED NJ

Of Counsel
DOUGLAS KAHAN

September 9, 2010

**ELECTRONICALLY FILED**
The Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re:    *United States v. Pedro Torres*
                                   10 CR 053 (JBW)

Dear Judge Weinstein:

      I represent the defendant, Pedro Torres, in the above referenced matter. The purpose of this letter is to advise the Court that I have reviewed the Order filed on August 26, 2010 as well as the articles from the Summer 2010 volume of *Daedalus: Journal of the American Academy of Arts and Sciences*. I would like to set a motion schedule regarding whether the mandatory minimum sentences at issue in this case implicate constitutional protections and propose that the defense brief be due on Thursday, October 14, 2010. Counsel needs time to adequately research and prepare this brief due to filing dates in other matters that have already been set.

      Your Honor's consideration of this request is greatly appreciated.

                                                                                           Respectfully submitted,

                                                                                       Margaret M. Shalley

225 BROADWAY  •  SUITE 715  •  NEW YORK, NY  •  10007
NY (212) 566-6212  •  FAX (212) 566-8165  •  NJ (908) 273-5721
FSDLAW@AOL.COM